# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE | : | CHAPTER 13 |
| MARY T. FOY, | : | |
| DEBTOR. | : | BANKRUPTCY NO. 10-18230-MDC |

## ORDER

**AND NOW**, upon consideration of the objections filed by Debtor, Mary T. Foy to (i) Proof of Claim Number 4 of CR Evergreen, LLC, (the "Claim 4 Objection") and (ii) Proof of Claim Number 5 of eCast Settlement Corporation (the "Claim 5 Objection," together with the Claim 4 Objection, the "Objections"), the Responses of CR Evergreen, LLC and eCast Settlement Corporation thereto, and the post-hearing memoranda submitted by the parties, and for the reasons set forth in the accompanying Memorandum,

It is hereby **ORDERED** that:

1. The Objections are **SUSTAINED**;

2. Claim No. 4 of CR Evergreen LLC in the amount of $8,042.61 is **DISALLOWED**; and

3. Claim No. 5 of eCast Settlement Corporation in the amount of $2,571.76 is **DISALLOWED**.

Dated: April 11, 2012

MAGDELINE D. COLEMAN
UNITED STATES BANKRUPTCY JUDGE